THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE GRISWOLD CORPORATION, Relator, v. THOMAS M. LYNCH and Others, as and Constituting The State Tax Commission, Respondents.— Determination confirmed, with fifty dollars costs and disbursements. Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Hill, J., dissents and votes for annulment.

FRED PENZAK, Appellant, v. JACOB WICHINSKY and IDA WICHINSKY, His Wife, Respondents, and Others.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

ANNA A. DONNELLY, as Administratrix, etc., of EDWARD J. DONNELLY, JR., Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 18498.) SARAH C. DUNPHY, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 18497.) DANIEL REDMOND, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 18496.) MARIE HOGAN, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 18499.) — Judgments affirmed, with costs in one action. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents. [131 Misc. 909.]

EDWARD J. BROWN, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 17824.) — Judgment affirmed, with costs. Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Hill, J.. dissents and votes for reversal.

CHARLES GIAMETTA, Respondent, v. VINCENT FABRICINI, Appellant.— Judgment and orders affirmed, with costs. Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Hill, J., dissents.

ROBERT COLIN, Appellant, v. NEW YORK STATE GAS AND ELECTRIC CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

LOUIS BALTHAZAR, Respondent, v. EDWARD DUSSAULT, Appellant.— Judgment and order reversed on the facts and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Van Kirk, P. J., Whitmyer, Hill and Hasbrouck, JJ., concur; Davis, J., dissents and votes for affirmance.

HAROLD P. BRUNDAGE, Appellant, v. ARTHUR R. GARY, Respondent. FRANK R. WOODWARD, Appellant, v. ARTHUR R. GARY, Respondent.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

FRANK OWENS, Appellant, v. GEORGE ROBERTS, Respondent.— Judgment dismissing complaint reversed on the law and facts on the ground that it was unauthorized although the verdict was against the weight of the evidence as to the negligence of the defendant. Order setting aside verdict modified by granting a new trial, with costs to the appellant to abide the event, and as so modified affirmed. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Davis, J., votes for reversal and reinstatement of the verdict.